# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

EVE I. KLEIN
DIRECT DIAL: 212.692.1065
E-MAIL: EIKlein@duanemorris.com

www.duanemorris.com

August 21, 2007

**VIA ECF FILING**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

  Re: Trustees of the Local 531 Sick and Welfare Fund v.
    Madison York Assisted Living Program
    USDC Case No.: 07-CV-02675 (BMC) (JO)

Dear Judge Cogan:

  We have just been engaged to represent the defendant, Madison York Assisted Living Program, in the above-reference matter. We are filing our Notice of Appearance under separate cover.

  We write, upon consent of counsel for Plaintiff, the Trustees of the Local 531 Sick and Welfare Fund, to request that the Court grant a 60-day stay of proceedings in this case in order to allow the parties to resolve this matter without further Court intervention. In this regard, the parties have agreed to the following:

  1. The Plaintiff's accountant shall commence an audit of Defendant's books and records on August 28, 2007.

  2. The parties anticipate that the audit will take one to two days, and that a report will issue in or about mid September 2007.

  3. The parties shall promptly meet and confer regarding the audit results.

  4. If the parties do not agree on the audit results or reach a suitable compromise thereon resulting in a dismissal of this action, Defendant shall file an answer on or before October 15, 2007.



Honorable Brian M. Cogan
August 21, 2007
Page 2

      Please advise the parties if the proposed plan is acceptable to the Court.

                        Respectfully submitted,

                        s/ Eve I. Klein
                        Eve I. Klein

EIK/jb
cc: Rachel S. Paster, Esq.

```
This Court does not ordinarily stay proceedings pending settlement negotiations.  However, since
it appears that the parties have agreed on a procedure to discuss resolution, a short stay will be
issued.  The initial status conference and defendant's time to answer are adjourned to 10/5/07 at
11:00 a.m. No further extensions will be granted and the case will be placed on an expedited discovery
and trial track if it is not resolved by 10/5/07.


SO ORDERED: 8/22/07


s/Brian M. Cogan
        U.S.D.J.
```